**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

JS 45 (5/97) - (Revised USAO MA 3/25/11)

| | |
|---|---|
| **Place of Offense:** _____ | **Category No.** I   **Investigating Agency** FBI |

**City** Randolph

**County** Norfolk

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____

Same Defendant _____   New Defendant _____

Magistrate Judge Case Number 26-MJ-1171-DLC

Search Warrant Case Number See Below

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See below   ☑ Yes  ☐ No

Defendant Name   MAHESHKUMAR PATEL   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: 3 Wordsworth Street, Randolph, MA

Birth date (Yr only): 1989   SSN (last 4#): ___   Sex: M   Race _____   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Elianna J. Nuzum and Jessica L. Soto   Bar Number if applicable: 663354; 683145

**Interpreter:** ☑ Yes  ☐ No   List language and/or dialect: Gujurati or Hindi

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/11/2026   Signature of AUSA: /s/ *Elianna J. Nuzum*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    MAHESHKUMAR PATEL
_____

<b>U.S.C. Citations</b>

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. Section 371 | Conspiracy to commit visa fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrants (EDNY): 23-MJ-1141; 23-MC-1634; 23-MC-1975; 23 MC 2253; 23-MC-2567; 23-MC-1096
(MA):  23-mj-1559-DLC; 23-mj-1560-DLC; 24-MJ-1179-DLC; 23-MJ-1424-DLC; 23-MJ-1425-DLC; 23-MJ-1426-DLC;
23-MJ-1427-DLC; 23-MJ-1513-DLC; 23-MJ-1514-DLC; 23-MJ-1515-DLC; 23-MJ-1516-DLC; 23-MJ-1517-DLC;
23-MJ-1518-DLC; 23-MJ-1252-DLC; 23-MJ-1253-DLC; 23-MJ-1254-DLC; 23-MJ-1255-DLC
(W-WA):  MJ24-136

Related cases:  26-mj-1170, 1172-1174-DLC;  25-cr-10387-ADB;  24-cr-10044-MJJ

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013